United States Trustee

District of Delaware and New Jersey

One Newark Center, Suite 2100
Newark, New Jersey 07102        (973) 645-3014
                         TFS    (973) 341-3014

Chapter 11 Department           (973) 645-3106
Chapter 7 Department            (973) 645-3408
Legal Department                (973) 645-5912

## NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:  Pratik Patel

CASE NUMBER:   23-17327 (RG)

AMOUNT OF FUNDS ON HAND:   None

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE:        Unknown

ESTIMATED VALUE:       Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE:    The    Debtor    has    non-exempt cash and assets that are property of the estate.

SIGNATURE OF TRUSTEE:            /s/ Charles M. Forman

NAME OF TRUSTEE:      CHARLES M. FORMAN        DATED:   10/23/23

F0201519 - 1