UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Compliance with D.N.J. LBR 9004-l(B)**
FORMAN HOLT
365 Passaic Street
Rochelle Park, NJ 07662
Tel: 201-845-1000

Attorneys for Charles M. Forman
Chapter 7 Trustee
Kimberly Salomon, Esq.
ksalomon@formanlaw.com

| | |
|---|---|
| In Re: | Case No.: 23-17327 (RG) |
| Pratik Patel | Judge: Hon. Rosemary Gambardella |
| Debtor | Chapter 7 |

### CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Sean Raquet, being of full age, certify as follows:

1.  I am seeking authorization to be retained as accountant to the Chapter 7 Trustee, Charles M. Forman, Esq.

2.  My professional credentials include: I am a Certified Public Accountant. Sean Raquet, CPA, LLC has the appropriate accounting skills and personnel necessary to perform the services required by the Estate. I have worked with Trustees and have extensive experience and expertise in performing these services.

3.  I am a member of or associated with the firm of: Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866.

4.  The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

    Sean Raquet, CPA, LLC normal hourly billing rates are as follows:

    Partners: $375.00
    Paraprofessionals: 125.00

    Sean Raquet, CPA, LLC reserves its right to periodically increase its billing rates and seek reimbursement of ordinary and necessary out-of-pocket expenses.

5.   To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐   None

☒ Describe connection:

(i)   I perform services for the Trustee and his counsel, in my capacity as a member in this firm, in other matters completely unrelated to this matter. I am currently a board member of a non-profit organization for which the Trustee is the President and I am currently working with the Trustee and his law firm on other bankruptcy case.  All of which are completely unrelated to this matter.

6.   To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection:

(i)   The firm provides services unrelated to matters in this case for the Trustee and his counsel. Those services include serving as a board member of a non-profit organization for which the Trustee is the President, and the firm is working with the Trustee and his law firm on other bankruptcy cases.  All of which are completely unrelated to this matter.

7.   To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒  are disinterested under 11 U.S.C. § 101(14).

☒  do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. §327(e).

☐  Other (Explain):

I certify under penalty of perjury that the above information is true.

Date: January 17, 2024

_____
**Sean Raquet**

**Sean Raquet, CPA, LLC**
Name of Professional